**Kimya F.E. SIMON, Plaintiff–Appellant,**

v.

**John L. AUSTIN, III; et al., Defendants–Appellees.**

No. 07–35184.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 9, 2009.

Kimya F.E. Simon, Steilacoom, WA, pro se.

Appeal from the United States District Court for the Western District of Washington; Ronald B. Leighton, District Judge, Presiding. D.C. No. CV–06–05695–RBL.

Before: WALLACE, TROTT and RYMER, Circuit Judges.

MEMORANDUM **

Kimya F.E. Simon, a former Washington state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action challenging his loss of good-time credits on the ground that it was barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, and we affirm.

The district court properly dismissed the action because a judgment in Simon's favor would necessarily imply the invalidity of the Indeterminate Sentencing Review Board's ("ISRB") decision to deny Simon good-time credits. Simon, who is out of custody, cannot seek to overturn the ISRB's decision in a habeas proceeding and he has failed to show that any exceptions to the *Heck*-bar apply. *See Heck,* 512 U.S. at 486–87, 114 S.Ct. 2364; *Guerrero v. Gates,* 442 F.3d 697, 704 (9th Cir.2006) ("The fact that [plaintiff] is no longer in custody and thus cannot overturn his prior convictions by means of habeas corpus does not lift *Heck*'s bar."); *see also Franklin v. State of Oregon, State Welfare Div.,* 662 F.2d 1337, 1343 (9th Cir.1981) (sua sponte dismissal prior to issuance of a summons is proper where claims are "wholly insubstantial").

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.